UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH MAURICE SUTTON, | CASE NO. C21-5209-JCC |
| Plaintiff, | ORDER |
| v. | |
| DANIEL W. WHITE, *et al.*, | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation ("R&R") of Chief Magistrate Judge J. Richard Creatura (Dkt. No. 7), the lack of objections thereto, and the relevant record, hereby ORDERS:

1. The Court ADOPTS the R&R.
2. Plaintiff's request for voluntary dismissal is GRANTED, and this matter is DISMISSED without prejudice. All pending motions are DENIED as moot.
3. The Clerk is DIRECTED to send copies of this order to Plaintiff and to the Honorable J. Richard Creatura.

//
//
//
//

1     DATED this 22nd day of June 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE